UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARC FISHMAN,
                                Plaintiff,

-against-                                          18 **CIVIL** 282 (KMK)

## JUDGMENT

OFFICE OF THE COURT ADMINISTRATION
NEW YORK STATE COURTS, et al.,
                                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 5, 2020, both Motions to Dismiss are granted, and all of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          March 6, 2020

                                                       **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                           BY:
                                                       **Deputy Clerk**