# CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, April 20, 2020 12:52 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 7:18-cv-00282-KMK Fishman v. Office of Court Administration New York State Courts Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/20/2020 at 12:52 PM EDT and filed on 4/20/2020
**Case Name:** Fishman v. Office of Court Administration New York State Courts
**Case Number:** [7:18-cv-00282-KMK](7:18-cv-00282-KMK)
**Filer:**
**WARNING: CASE CLOSED on 03/06/2020**
**Document Number:** No document attached

Docket Text:
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [86] Notice of Appeal filed by Marc Fishman were transmitted to the U.S. Court of Appeals. (tp)**

**7:18-cv-00282-KMK Notice has been electronically mailed to:**

Lee Alan Adlerstein    ladlerst@nycourts.gov, ecarr@nycourts.gov, jlee@courts.state.ny.us

Michael Adam Berg    michael.berg@ag.ny.gov, OAGLitD@ag.ny.gov

Lisa M Evans    lievans@courts.state.ny.us, jlee@courts.state.ny.us

Marc Fishman    rentdriver@gmail.com

**7:18-cv-00282-KMK Notice has been delivered by other means to:**

# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:18–cv–00282–KMK

| | |
|---|---|
| Fishman v. Office of Court Administration New York State Courts<br>Assigned to: Judge Kenneth M. Karas<br>Cause: 28:1331 Fed. Question | Date Filed: 01/10/2018<br>Date Terminated: 03/06/2020<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Marc Fishman**     represented by     **Marc Fishman**
3200 Netherland Avenue
Apt. G
Bronx, NY 10463
(914) 837–3209
Email: rentdriver@gmail.com
PRO SE

V.

**Defendant**

**Office of Court Administration New York State Courts**     represented by     **Lee Alan Adlerstein**
Office of New York State Office of Court Administration
25 Beaver Street
New York, NY 10004
212–425–2150
Fax: 212–428–2155
Email: ladlerst@nycourts.gov
*ATTORNEY TO BE NOTICED*

**Lisa M Evans**
NY State Office Of Court Administration
25 Beaver Street

New York, NY 10004
212–428–2150
Email: lievans@courts.state.ny.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Gordon Oliver**
*in her administrative and official capacity*
*TERMINATED: 11/26/2018*

**Defendant**

**Michelle D'Ambrosio**     represented by     **Michael Adam Berg**
*in her administrative and official capacity*                       Office of The Attorney General(NYS)
28 Liberty Street, 21st Floor
New York, NY 10005
(212) 416–8651
Fax: (212) 416–6075
Email: michael.berg@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Magistrate Carol Jordan**
*in her administrative and official capacity*
*TERMINATED: 11/26/2018*

**Defendant**

**Kathy Davidson**
*Chief Administrative Judge of 9th Circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity*
*TERMINATED: 11/26/2018*

**Defendant**

**New York State Unified Court System**    represented by    **Lisa M Evans**
NY State Office Of Court Administration
25 Beaver Street
New York, NY 10004
212–428–2150
Email: lievans@courts.state.ny.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee Alan Adlerstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Michelle I. Schauer**
*in her administrative and official capacity*
*TERMINATED: 11/26/2018*

**Defendant**

**Nancy J. Barry**    represented by    **Lisa M Evans**
*District Executive of 9th District NY Courts, in her administrative and official capacity*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee Alan Adlerstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Weisz**    represented by    **Lisa M Evans**
*Professional Director, in his administrative and official capacity*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee Alan Adlerstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Hal Greenwald**
*in his administrative and official capacity*
*TERMINATED: 11/26/2018*

**Defendant**

**Judge Alan Scheinkman**
*in his administrative and Official capacity as Chief Administrative Judge of the 9th Circuit Courts*

*TERMINATED: 11/26/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2018 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Marc Fishman.(sac) (Entered: 01/12/2018) |
| 01/10/2018 | 2 | COMPLAINT against Office of Court Administration New York State Courts. Document filed by Marc Fishman.(sac) (Entered: 01/12/2018) |
| 01/10/2018 | | Case Designated ECF. (sac) (Entered: 01/12/2018) |
| 01/10/2018 | 3 | MOTION re: to Stay all of New York State Family Court orders and proceedings. Document filed by Marc Fishman.(sac) (Entered: 01/12/2018) |
| 01/10/2018 | 4 | DECLARATION in Support re: 3 MOTION re: to Stay all of New York State Family Court orders and proceedings. Document filed by Marc Fishman. (sac) (Entered: 01/12/2018) |
| 01/10/2018 | 5 | APPLICATION for the Court to Request Pro Bono Counsel. Document filed by Marc Fishman.(sac) (Entered: 01/12/2018) |
| 01/19/2018 | | NOTICE OF CASE REASSIGNMENT to Judge Kenneth M. Karas. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 01/19/2018) |
| 01/19/2018 | | Magistrate Judge Lisa M. Smith is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (wb) (Entered: 01/19/2018) |
| 01/19/2018 | 7 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915. SO ORDERED. (Signed by Judge Colleen McMahon on 1/19/2018) (anc) (Entered: 01/19/2018) |
| 01/19/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 7 Order Granting IFP Application to the Docket Assistant Clerk for case processing. (anc) (Entered: 01/19/2018) |
| 01/19/2018 | 8 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. This application is granted. SO ORDERED. (Signed by Judge Kenneth M. Karas on 1/19/2018) (mml) (Entered: 01/19/2018) |
| 01/22/2018 | | Mailed a copy of 7 Order Granting IFP Application to Marc Fishman 3200 Netherland Avenue, Apt. 6, Bronx, NY 10463. (mhe) (Entered: 01/22/2018) |
| 01/24/2018 | 9 | ORDER OF SERVICE: The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package. The Court denies Plaintiff's requests for pro bono counsel (ECF No. 5) and to stay the Westchester Family Court proceedings (ECF No. 3). The Clerk of Court is instructed to issue a summons and complete the USM–285 forms with the address for Defendant Office of Court Administration, New York State Courts, and deliver to the U.S. Marshals Service all documents necessary to effect service. The Marshals Service shall notify the Office of Pro Se Litigation if service was unexecuted as to any defendant. The Marshals Service shall also notify the Office of Pro Se Litigation when they have completed service of all defendants. The Office of Pro Se Litigation shall promptly notify the Court if service is not effected.The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue. SO ORDERED., Motions terminated: 3 MOTION to Stay. filed by Marc Fishman, 5 APPLICATION for the Court to Request Counsel. filed by Marc Fishman. (Signed by Judge Kenneth M. Karas on 1/24/2018) (rj) (Entered: 01/24/2018) |

| 01/24/2018 | | SUMMONS ISSUED as to Office of Court Administration New York State Courts. (sbr) (Entered: 01/24/2018) |
|---|---|---|
| 01/24/2018 | | FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 1/24/2018 Re: Judge Kenneth M. Karas 9 Order of Service, Terminate Motions. The following document(s) were enclosed in the Service Package: Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)office of court Administration New York State Courts. (sbr) (Entered: 01/24/2018) |
| 01/24/2018 | 10 | FRCP 4 SERVICE PACKAGE MAILED to Marc Fishman, at 3200 Netherland Avenue, Apt. 6, Bronx, NY 10463, on 01/24/2018 Re: 9 Order of Service, Terminate Motions, via REGULAR MAIL. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (sbr) (Entered: 01/24/2018) |
| 03/01/2018 | 11 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Office of Court Administration New York State Courts served on 2/23/2018, answer due 4/24/2018. Service was made by Mail. Document filed by Marc Fishman. (rro) (Entered: 03/14/2018) |
| 03/28/2018 | 12 | PRO SE MEMORANDUM dated 3/28/2018 re: CHANGE OF ADDRESS for Marc Fishman. New Address: Marc Fishman, 3200 Netherland Avenue, Apt. G, Bronx, NY 10463. (man) (Entered: 03/29/2018) |
| 03/28/2018 | 13 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Marc H. Fishman consents to receive electronic service via the ECF system. Document filed by Marc Fishman. (sac) (Entered: 04/02/2018) |
| 04/23/2018 | 14 | NOTICE OF APPEARANCE by Lisa M Evans on behalf of Office of Court Administration New York State Courts. (Evans, Lisa) (Entered: 04/23/2018) |
| 04/23/2018 | 15 | FIRST LETTER MOTION for Conference *a pre−motion conference* addressed to Judge Kenneth M. Karas from Lisa M. Evans dated April 23, 2018. Document filed by Office of Court Administration New York State Courts.(Evans, Lisa) (Entered: 04/23/2018) |
| 04/23/2018 | 16 | CERTIFICATE OF SERVICE of Letter Request for Pre−Motion Conference served on Marc Fishman on April 23, 2018. Service was made by Mail. Document filed by Office of Court Administration New York State Courts. (Evans, Lisa) (Entered: 04/23/2018) |
| 04/24/2018 | 17 | PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF & DECLARATORY JUDGEMENT REQUEST FOR PROMPT HEARING AND INCORPORATED. Document filed by Marc Fishman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(vn) (Entered: 04/25/2018) |
| 04/27/2018 | 18 | MEMO ENDORSEMENT on re: 17 MOTION. filed by Marc Fishman. ENDORSEMENT: Defendant's are to respond to this application by May 4, 2018. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. So Ordered. (Signed by Judge Kenneth M. Karas on 4/26/2018) (js) Modified on 6/28/2018 (tro). (Entered: 04/27/2018) |
| 04/27/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 18 Memo Endorsement, to the Docket Assistant Clerk for case processing. (js) (Entered: 04/27/2018) |
| 04/27/2018 | | Set/Reset Deadlines as to 17 MOTION.. Responses due by 5/4/2018 (js) (Entered: 04/27/2018) |

| 04/27/2018 | | Mailed a copy of 18 Memo Endorsement to Marc Fishman, 3200 Netherland Avenue, Apt. G, Bronx, NY 10463. (rro) (Entered: 04/27/2018) |
|---|---|---|
| 04/30/2018 | 19 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 4/30/2017 re: Enclosed please find three recent "State" appellate court decisions decided last week denying me "State" entity permission to file ADA grievances for denied reasonable accommodations in "State" public entity family court. Document filed by Marc Fishman.(vn) (Entered: 04/30/2018) |
| 05/03/2018 | 22 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 5/3/2018 re: Response to opposing counsel request for hearing for dismissal. Document filed by Marc Fishman.(man) (Entered: 05/04/2018) |
| 05/04/2018 | 20 | RESPONSE in Opposition to Motion re: 17 MOTION. . Document filed by Office of Court Administration New York State Courts. (Evans, Lisa) (Entered: 05/04/2018) |
| 05/04/2018 | 21 | CERTIFICATE OF SERVICE of Response in Opposition to Motion for Preliminary Injunctive Relief and Declaratory Relief served on Marc Fishman on 5/4/2018. Service was made by Overnight Mail. Document filed by Office of Court Administration New York State Courts. (Evans, Lisa) (Entered: 05/04/2018) |
| 05/07/2018 | 23 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 5/6/2018 re: Response to opposing counsel opposition for preliminary injunctive relief. Document filed by Marc Fishman.(vn) (Entered: 05/07/2018) |
| 06/11/2018 | 24 | Minute Entry for proceedings held before Judge Kenneth M. Karas: Oral Argument held on 6/11/2018 re: 17 MOTION. filed by Marc Fishman. (Court Reporter Sabrina D'Emidio) Marc Fishman, pro se Plaintiff, appeared on his own behalf. Isabel Bolivan appeared as Plaintiff's note taker. Lisa Evens appeared on behalf of Defendant. Sabrina D'Emidio served as court reporter. The Court denied Plaintiff's Motion for a Preliminary Injunction. See Order. Plaintiff will file an Amended Complaint within 30 days. If Defendant wishes to file a pre−motion letter in regards to the Amended Complaint, it should include a proposed briefing schedule. (AN) (Entered: 06/13/2018) |
| 06/13/2018 | 25 | ORDER terminating 15 Letter Motion for Conference; denying 17 Motion. For the reasons explained on the record at the hearing on June 11, 2018, Plaintiff's Motion for a Preliminary Injunction is denied. Plaintiff may file an Amended Complaint by July 9, 2018, at which point Defendant may renew its request for a pre−motion conference. The Clerk of the Court is respectfully requested to terminate the pending Motions, (see Dkt. Nos. 15, 17), and mail a copy of this Order to Plaintiff at the address listed on the docket. SO ORDERED. (Signed by Judge Kenneth M. Karas on 6/13/2018) (mml) (Entered: 06/13/2018) |
| 06/13/2018 | | Set/Reset Deadlines: Amended Pleadings due by 7/9/2018. (mml) (Entered: 06/13/2018) |
| 06/13/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 25 Order on Motion to the Docket Assistant Clerk for case processing. (mml) (Entered: 06/13/2018) |
| 06/14/2018 | | Mailed a copy of 25 Order on Motion for Conference, Order on Motion for Miscellaneous Relief to Marc Fishman, 3200 Netherland Avenue, Apt. G, Bronx, NY 10463 (rro) (Entered: 06/14/2018) |
| 07/09/2018 | 26 | AMENDED COMPLAINT; re: amending 2 Complaint against Office of Court Administration New York State Courts.Document filed by Marc Fishman. Related document: 2 Complaint.(sc) (Entered: 07/12/2018) |
| 07/25/2018 | 27 | LETTER addressed to Judge Kenneth M. Karas from Lisa M. Evans dated 7/25/2018 re: Request for a Pre−Motion Conference. Document filed by Office of Court Administration New York State Courts.(Evans, Lisa) (Entered: 07/25/2018) |
| 08/15/2018 | 28 | MEMO ENDORSEMENT on re: 27 Letter filed by Office of Court Administration New York State Courts. ENDORSEMENT: Defendant is to file its Motion to Dismiss the Amended Complaint by 9/14/2018. Plaintiff is to respond by 10/15/2018. Defendant is to reply by 10/29/2018. SO ORDERED. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Motions due by 9/14/2018. Responses due by 10/15/2018. Replies due by 10/29/2018.) (Signed by Judge Kenneth M. Karas on 8/15/2018) (mml) Transmission to Docket Assistant Clerk for processing. |

| | | (Entered: 08/15/2018) |
|---|---|---|
| 08/31/2018 | 29 | PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT, & REQUEST FOR PROMPT HEARING & INCORPORATED. Document filed by Marc Fishman.(sc) (Entered: 09/04/2018) |
| 09/05/2018 | 30 | ORDER: Defendant is ordered to respond to Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 29) by September 12, 2018. SO ORDERED. (Responses due by 9/12/2018.) (Signed by Judge Kenneth M. Karas on 9/5/2018) (mml) (Entered: 09/05/2018) |
| 09/07/2018 | 31 | FIRST LETTER MOTION for Extension of Time to File *Motion to Dismiss* addressed to Judge Kenneth M. Karas from Lisa M. Evans dated 9/7/2018. Document filed by Office of Court Administration New York State Courts.(Evans, Lisa) (Entered: 09/07/2018) |
| 09/07/2018 | 32 | (2nd) AMENDED COMPLAINT; re: amending 26 Amended Complaint against Nancy J. Barry, Michelle D'Ambrosio, Kathy Davidson, Judge Gordon Oliver, Carol Jordan, New York State Unified Court System, Office of Court Administration New York State Courts.Document filed by Marc Fishman. Related document: 26 Amended Complaint.(sc) (Entered: 09/12/2018) |
| 09/12/2018 | 33 | ORDER granting 31 Letter Motion for Extension of Time to File. Granted. SO ORDERED. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Signed by Judge Kenneth M. Karas on 9/12/2018) (mml) Transmission to Docket Assistant Clerk for processing. Modified on 1/15/2019 (mml). (Entered: 09/12/2018) |
| 09/12/2018 | | Set/Reset Deadlines: Motions due by 10/15/2018. Responses due by 11/12/2018. Replies due by 11/26/2018. (mml) (Entered: 09/12/2018) |
| 09/12/2018 | 34 | LETTER RESPONSE in Opposition to Motion addressed to Judge Kenneth M. Karas from Lisa M. Evans dated 9/12/18 re: 29 MOTION for Preliminary Injunction. MOTION for Declaratory Judgment. MOTION for Hearing. . Document filed by Office of Court Administration New York State Courts. (Attachments: # 1 Exhibit 6/7/2018 Letter, # 2 Exhibit 6/11/2018 Letter, # 3 Exhibit 6/22/18 Letter, # 4 Exhibit 8/7/2018 Letter)(Evans, Lisa) (Entered: 09/12/2018) |
| 09/12/2018 | 35 | CERTIFICATE OF SERVICE of Letter Response in Opposition to Preliminary Injuction served on Marc Fishman on 9/12/18. Service was made by Mail. Document filed by Office of Court Administration New York State Courts. (Evans, Lisa) (Entered: 09/12/2018) |
| 09/12/2018 | | Mailed a copy of 33 Order on Motion for Extension of Time to File to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 09/12/2018) |
| 09/13/2018 | 36 | MEMO ENDORSEMENT on re: 34 Response in Opposition to Motion, filed by Office of Court Administration New York State Courts. ENDORSEMENT: If Plaintiff wishes to file a reply, he must do so by 9/27/2018. SO ORDERED. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Replies due by 9/27/2018.) (Signed by Judge Kenneth M. Karas on 9/12/2018) (mml) Transmission to Docket Assistant Clerk for processing. (Entered: 09/13/2018) |
| 09/13/2018 | | Mailed a copy of 36 Memo Endorsement, Set Deadlines, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 09/13/2018) |
| 09/18/2018 | 37 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 9/17/2018 re: Plaintiff is inquiring on the status of his request to include additional plaintiffs to his case. Also, requesting the Court to serve the additional Defendants unless Lisa Evans accepts service for all new Defendants. Document filed by Marc Fishman.(kv) (Entered: 09/20/2018) |
| 09/21/2018 | 38 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 9/21/18 re: Request for a two week extension from September 27 to October 11, 2018 to put in reply papers. Document filed by Marc Fishman.(mro) (Entered: 09/25/2018) |
| 09/25/2018 | | Received returned mail re: 36 Memo Endorsement, Set Deadlines. Mail was addressed to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463 and was returned |

| | | |
|---|---|---|
| | | for the following reason(s): Return to Sender, Attempted not known, Unable to Forward. (aea) (Entered: 09/25/2018) |
| 09/26/2018 | 39 | MEMO ENDORSEMENT on re: 38 Letter filed by Marc Fishman. ENDORSEMENT: Granted. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Replies due by 10/11/2018.) (Signed by Judge Kenneth M. Karas on 9/26/2018) (mml) Transmission to Docket Assistant Clerk for processing. (Entered: 09/26/2018) |
| 09/26/2018 | | Mailed a copy of 39 Memo Endorsement, Set Deadlines, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 09/26/2018) |
| 09/28/2018 | 40 | LETTER MOTION for Leave to File Opposition to Plaintiff's Motion to File Second Amended Complaint addressed to Judge Kenneth M. Karas from Lisa M. Evans dated September 28, 2018. Document filed by Office of Court Administration New York State Courts.(Evans, Lisa) (Entered: 09/28/2018) |
| 10/09/2018 | 41 | ORDER TO AMEND: The Court construes Plaintiff's September 7 filing as a motion for leave to file a Second Amended Complaint. Plaintiff is directed to file a Second Amended Complaint by November 8, 2018, or face dismissal of this Action without prejudice. The Clerk of Court is directed to mail a copy of this Order to Plaintiff. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Amended Pleadings due by 11/8/2018.) (Signed by Judge Kenneth M. Karas on 10/9/2018) (mml) Transmission to Docket Assistant Clerk for processing. (Entered: 10/09/2018) |
| 10/10/2018 | | Mailed a copy of 41 Order, Set Deadlines, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 10/10/2018) |
| 10/11/2018 | 42 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman, dated 10/11/18 re: REQUEST FOR INJUNCTIVE RELIEF TO ORDER NEW YORK STATE TO USE THE AUXILIARY AIDE OF CART REAL TIME TRANSCRIPTION IN ALL OF MY "STATE" COURT PROCEEDINGS. Document filed by Marc Fishman.(sc) (Entered: 10/15/2018) |
| 11/08/2018 | 43 | (2nd)AMENDED COMPLAINT; re: amending 32 Amended Complaint, against Nancy J. Barry, Michelle D'Ambrosio, Kathy Davidson, Judge Gordon Oliver, Hal Greenwald, Carol Jordan, New York State Unified Court System, Office of Court Administration New York State Courts, Michelle I. Schauer, Alan Scheinkman, Dan Weisz.Document filed by Marc Fishman. Related document: 32 Amended Complaint,.(sc) (Entered: 11/13/2018) |
| 11/08/2018 | 44 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman, dated 11/9/18 re: REQUEST TO USE THIS AMENDED COMPLAINT INSTEAD OF THE ONE FILED YESTERDAY. Document filed by Marc Fishman. (Attachments: # 1 Proposed Amended Complaint)(sc) (Entered: 11/13/2018) |
| 11/19/2018 | 45 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman, dated 11/19/18 re: Plaintiff requests that the Court have all of the defendants other than the Office of Court Administration served with the Amended Complaint, because Lisa Evans at OCA said that she would not accept service for any of the parties other tan OCA. Document filed by Marc Fishman.(sc) (Entered: 11/23/2018) |
| 11/26/2018 | 46 | ORDER OF SERVICE: The Clerk of Court is directed to mail a copy of this Order to Plaintiff. The Court dismisses Plaintiff's claims against Judge Schauer, Judge Gordon–Oliver, Judge Davidson, Judge Greenwald, Judge Scheinkman, and Magistrate Jordan under 28 U.S.C. 1915(e)(2)(B)(iii). The Clerk of Court is instructed to issue a summons and complete the USM–285 forms with the address for Defendants Berry, Weisz, and D'Ambrosio, and deliver to the U.S. Marshals Service all documents necessary to effect service on these Defendants. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Hal Greenwald (in his administrative and official capacity), Carol Jordan (in her administrative and official capacity), Michelle I. Schauer (in her administrative |

| | | |
|---|---|---|
| | | and official capacity), Alan Scheinkman (in his administrative and Official capacity as Chief Administrative Judge of the 9th Circuit Courts), Kathy Davidson (Chief Administrative Judge of 9th Circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity) and Judge Gordon Oliver (in her administrative and official capacity) terminated.) (Signed by Judge Kenneth M. Karas on 11/26/2018) (anc) (Entered: 11/26/2018) |
| 11/28/2018 | | SUMMONS ISSUED as to Nancy J. Barry, Michelle D'Ambrosio, Dan Weisz. (Waldron, Bonnie) (Entered: 11/29/2018) |
| 11/29/2018 | | FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 11/29/2018 Re: Judge Kenneth M. Karas 46 Order of Service. The following document(s) were enclosed in the Service Package: Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)Barry, Weisz, and D'Ambrosio. (Waldron, Bonnie) (Entered: 11/29/2018) |
| 11/29/2018 | | Mailed a copy of 46 Order of Service, Add and Terminate Parties, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (Waldron, Bonnie) (Entered: 11/29/2018) |
| 12/11/2018 | 47 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Kenneth M. Karas from Lisa M. Evans dated 12/11/2018. Document filed by Office of Court Administration New York State Courts.(Evans, Lisa) (Entered: 12/11/2018) |
| 12/12/2018 | 48 | ORDER denying 47 Letter Motion for Extension of Time to Answer. Dkt. No. 44 contains the operative Second Amended Complaint. Answers will be due within the time prescribed by the rules after the last Defendant is served. SO ORDERED. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Signed by Judge Kenneth M. Karas on 12/12/2018) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 12/12/2018) |
| 12/12/2018 | 49 | LETTER from Marc Fishman dated 12/12/2018 re: Request for Injunctive Relief and Opposition to extension of time to Answer Amended Complaint. Document filed by Marc Fishman.(rdz) (Entered: 12/19/2018) |
| 12/13/2018 | | Mailed a copy of 48 Order on Motion for Extension of Time to Answer, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 12/13/2018) |
| 01/08/2019 | 51 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Marc Fishman consents to receive electronic service via the ECF system. Document filed by Marc Fishman.(vn) (Entered: 01/09/2019) |
| 01/08/2019 | 52 | Application for the Court to Request Pro Bono Counsel. Document filed by Marc Fishman.(vn) (Entered: 01/09/2019) |
| 01/09/2019 | 50 | ORDER denying 29 Motion for Preliminary Injunction; denying 29 Motion for Declaratory Judgment; denying 29 Motion for Hearing. Accordingly, for the foregoing reasons, the Motion is denied. The Clerk of Court is respectfully directed to terminate the pending Motion, (Dkt. No. 29), and to mail a copy of this Order to Plaintiff. So Ordered. (Signed by Judge Kenneth M. Karas on 1/8/2019) (js) Transmission to Docket Assistant Clerk for processing. (Entered: 01/09/2019) |
| 01/10/2019 | | Mailed a copy of 50 Order on Motion for Preliminary Injunction, Order on Motion for Declaratory Judgment, Order on Motion for Hearing, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 01/10/2019) |
| 01/22/2019 | 53 | NOTICE OF APPEARANCE by Michael Adam Berg on behalf of Michelle D'Ambrosio. (Berg, Michael) (Entered: 01/22/2019) |
| 01/30/2019 | 54 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Dan Weisz served on 1/3/2019, answer due 3/4/2019. Service was accepted by Daniel Weitz – Self. Document filed by Marc Fishman. (aea) (Entered: 01/30/2019) |
| 01/30/2019 | 55 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Michelle D'Ambrosio served on 1/2/2019, answer due 3/4/2019. Service was accepted by Michele D'Ambrosio – Self. Document |

| | | |
|---|---|---|
| | | filed by Marc Fishman. (aea) (Entered: 01/30/2019) |
| 01/30/2019 | 56 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Nancy J. Barry served on 1/4/2019, answer due 3/5/2019. Service was accepted by Nancy J. Barry – Self. Document filed by Marc Fishman. (aea) (Entered: 01/30/2019) |
| 02/26/2019 | 57 | ORDER denying without prejudice 52 Application for the Court to Request Counsel: For the reasons stated above, Plaintiff's request for assignment of counsel is denied without prejudice. Should circumstances materially change, Plaintiff may renew his request. The Clerk is respectfully directed to terminate the pending motion, (see Dkt. No. 52), and mail a copy of this Order to Plaintiff. (Signed by Judge Kenneth M. Karas on 2/25/2019) (jwh) Transmission to Docket Assistant Clerk for processing. (Entered: 02/26/2019) |
| 02/26/2019 | | Mailed a copy of 57 Order on Application for the Court to Request Counsel, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463 (aea) (Entered: 02/26/2019) |
| 02/28/2019 | 58 | LETTER MOTION for Conference *re Motion to Dismiss* addressed to Judge Kenneth M. Karas from Michael A. Berg dated 2/28/2019. Document filed by Michelle D'Ambrosio.(Berg, Michael) (Entered: 02/28/2019) |
| 02/28/2019 | 59 | LETTER MOTION for Conference addressed to Judge Kenneth M. Karas from Lisa M. Evans dated 2/28/19. Document filed by Nancy J. Barry, New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz.(Evans, Lisa) (Entered: 02/28/2019) |
| 03/12/2019 | 60 | ORDER with respect to 58 Letter Motion for Conference re Motion to Dismiss. Plaintiff is respond to this Letter by 3/18/19. SO ORDERED. (Signed by Judge Kenneth M. Karas on 3/11/2019) (jca) (Entered: 03/12/2019) |
| 03/18/2019 | 61 | ENDORSED LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 3/18/2019 re: Am requesting a two week extension to reply to the defendants request for conference after I receive the Michelle D'ambrosio answer. ENDORSEMENT: Defendant filed a pre−motion letter on 2/28/2019. (See Dkt. No. 58). Plaintiff is directed to respond to that letter by 4/1/2019. The Clerk's office is directed to mail Plaintiff a copy of Dkt. Nos. 58 and 60. No extensions will be granted. SO ORDERED. (Signed by Judge Kenneth M. Karas on 3/18/2019) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 03/18/2019) |
| 03/18/2019 | | Mailed a copy of 58 LETTER MOTION for Conference re Motion to Dismiss addressed to Judge Kenneth M. Karas from Michael A. Berg dated 2/28/2019., 60 Order on Motion for Conference, 61 Endorsed Letter, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 03/18/2019) |
| 04/01/2019 | 62 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 3/31/2019 re: I strongly urge the court to REJECT the requests for a dismissal hearing or permission to submit dismissal papers. Document filed by Marc Fishman.(vn) (Entered: 04/03/2019) |
| 04/03/2019 | 63 | MEMO ENDORSEMENT on re: 59 LETTER MOTION for Conference addressed to Judge Kenneth M. Karas from Lisa M. Evans dated 2/28/19. filed by Dan Weisz, Office of Court Administration New York State Courts, Nancy J. Barry, New York State Unified Court System. ENDORSEMENT: All defense Motions to Dismiss are due 5/3/19. Plaintiff's response is due 6/3/19. Defense replies are due 6/28/19. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. So Ordered., (Motions due by 5/3/2019., Responses due by 6/3/2019, Replies due by 6/28/2019.) (Signed by Judge Kenneth M. Karas on 4/3/19) (yv) Transmission to Docket Assistant Clerk for processing. Modified on 8/14/2019 (yv). (Entered: 04/03/2019) |
| 04/03/2019 | | Mailed a copy of 63 Memo Endorsement, Set Deadlines, to Marc Fishman 3200 Netherland A venue Apt. G Bronx, NY 10463. (aea) (Entered: 04/03/2019) |
| 04/04/2019 | 64 | CONSENT LETTER MOTION for Extension of Time *for Motions to Dismiss* addressed to Judge Kenneth M. Karas from Michael A. Berg dated 04/04/2019. Document filed by Michelle D'Ambrosio.(Berg, Michael) (Entered: 04/04/2019) |

| 04/05/2019 | 65 | ORDER granting 64 Letter Motion for Extension of Time. Granted. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Signed by Judge Kenneth M. Karas on 4/4/2019) (mro) Transmission to Docket Assistant Clerk for processing. (Entered: 04/05/2019) |
|---|---|---|
| 04/05/2019 | | Set/Reset Deadlines: Responses due by 6/24/2019 Replies due by 7/15/2019. (mro) (Entered: 04/05/2019) |
| 04/05/2019 | | Mailed a copy of 65 Order on Motion for Extension of Time, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 04/05/2019) |
| 05/23/2019 | 66 | NOTICE OF APPEARANCE by Lee Alan Adlerstein on behalf of Nancy J. Barry, New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz. (Adlerstein, Lee) (Entered: 05/23/2019) |
| 05/23/2019 | 67 | MOTION to Dismiss . Document filed by Michelle D'Ambrosio. Responses due by 6/24/2019 (Attachments: # 1 Cer)(Berg, Michael) (Entered: 05/23/2019) |
| 05/23/2019 | 68 | DECLARATION of Michael A. Berg in Support re: 67 MOTION to Dismiss .. Document filed by Michelle D'Ambrosio. (Attachments: # 1 State Court Order, # 2 Amended Complaint)(Berg, Michael) (Entered: 05/23/2019) |
| 05/23/2019 | 69 | MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss . . Document filed by Michelle D'Ambrosio. (Berg, Michael) (Entered: 05/23/2019) |
| 05/24/2019 | 70 | MOTION to Dismiss . Document filed by Nancy J. Barry, New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz.(Adlerstein, Lee) (Entered: 05/24/2019) |
| 05/24/2019 | 71 | DECLARATION of Lee Alan Adlerstein in Support re: 70 MOTION to Dismiss .. Document filed by Nancy J. Barry, New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz. (Attachments: # 1 Exhibit Email dated 6/15/18, # 2 Exhibit Email dated 6/18/18)(Adlerstein, Lee) (Entered: 05/24/2019) |
| 05/24/2019 | 72 | MEMORANDUM OF LAW in Support re: 70 MOTION to Dismiss . . Document filed by Nancy J. Barry, New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz. (Adlerstein, Lee) (Entered: 05/24/2019) |
| 06/19/2019 | 73 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 6/18/2019 re: Request for 30 Day Extension to Answer Motion to Dismiss. Document filed by Marc Fishman.(rdz) Modified on 6/21/2019 (rdz). (Entered: 06/21/2019) |
| 06/19/2019 | 74 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 6/18/2019 re: Request for ADA Accommodation of Court Provided Transcript for 6/2/2018 hearing due to cognitive disabilities. Document filed by Marc Fishman.(rdz) (Entered: 06/21/2019) |
| 06/24/2019 | 75 | MEMO ENDORSEMENT on re: 74 Letter filed by Marc Fishman. ENDORSEMENT: The clerk is respectfully directed to provide Plaintiff with a transcript of the proceedings at Dkt. no. 24. Should Plaintiff request other transcripts, he shall explain in detail why they are necessary and reasonable under the ADA. See, e.g., 28 C.F.R. § 35.1303 28 C.F.R § 36.303; see also Novak v. Hall, 139 F. Supp. 3d 901(N.D.I11.2015). SO ORDERED. (Signed by Judge Kenneth M. Karas on 6/24/2019) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 06/24/2019) |
| 06/24/2019 | | Mailed a copy of text−only copy of the Minute Entry at Dkt 24 Oral Argument and 75 Memo Endorsement, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 06/24/2019) |
| 06/24/2019 | 76 | MEMO ENDORSEMENT on re: 73 Letter filed by Marc Fishman. ENDORSEMENT: Granted. The Clerk is to mail this to Plaintiff. SO ORDERED. (Replies due by 7/24/2019.) (Signed by Judge Kenneth M. Karas on 6/24/2019) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 06/24/2019) |
| 06/25/2019 | | Mailed a copy of 76 Memo Endorsement, Set Deadlines, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 06/25/2019) |

| 07/02/2019 | 77 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Decision proceeding held on 06/11/2018 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(D'Emidio, Sabrina) (Entered: 07/02/2019) |
|---|---|---|
| 07/02/2019 | 78 | TRANSCRIPT of Proceedings re: Decision held on 6/11/2018 before Judge Kenneth M. Karas. Court Reporter/Transcriber: Sabrina D'Emidio, (914) 390–4053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/23/2019. Redacted Transcript Deadline set for 8/2/2019. Release of Transcript Restriction set for 9/30/2019.(D'Emidio, Sabrina) (Entered: 07/02/2019) |
| 07/24/2019 | 79 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 7/24/19 re: Request to file for Injunctive Relief against defendant's Michelle D'ambrosio, Nancy Barry, Dan Weitz and opposition to defendant's motion to dismiss. Document filed by Marc Fishman.(sbr) (Entered: 07/24/2019) |
| 07/25/2019 | 80 | MEMO ENDORSEMENT on re: 79 Letter, filed by Marc Fishman. ENDORSEMENT: The Court construes this Letter as Plaintiff's response memorandum in opposition to the Motion to Dismiss Filed at Dkt. Nos. 67, 70. Defendants shall File replies by 8/16/19. SO ORDERED. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff. (Replies due by 8/16/2019.) (Signed by Judge Kenneth M. Karas on 7/25/2019) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 07/25/2019) |
| 07/25/2019 | | Mailed a copy of 80 Memo Endorsement, Set Deadlines, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 07/25/2019) |
| 07/31/2019 | 81 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss . . Document filed by Michelle D'Ambrosio. (Berg, Michael) (Entered: 07/31/2019) |
| 08/02/2019 | 82 | LETTER addressed to Judge Kenneth M. Karas from Lisa M. Evans dated August 2, 2019 re: Letter submitted in Reply to Plainitff's Letter opposing OCA Defendants' Motion to Dismiss. Document filed by New York State Unified Court System.(Evans, Lisa) (Entered: 08/02/2019) |
| 03/04/2020 | 83 | LETTER addressed to Judge Kenneth M. Karas from Marc Fishman dated 3/4/20 re: I am writing to notify the court that the repeated disability discrimination, failure to accommodate disabilities and retaliation continues unabated from the State Family Court and their employees and administrators against the qualified ADA disabled. Document filed by Marc Fishman.(sbr) (Entered: 03/04/2020) |
| 03/05/2020 | 84 | OPINION AND ORDER re: 67 MOTION to Dismiss . filed by Michelle D'Ambrosio, 70 MOTION to Dismiss . filed by Dan Weisz, Office of Court Administration New York State Courts, Nancy J. Barry, New York State Unified Court System. For the reasons stated above, both Motions To Dismiss are granted, and all of Plaintiff's claims are dismissed with prejudice. The Clerk of Court is respectfully directed to terminate the pending Motions, (see Dkt. Nos. 67, 70), to mail a copy of this Opinion & Order to Plaintiff, and to close this case. SO ORDERED. (Signed by Judge Kenneth M. Karas on 3/5/2020) (kv) Transmission to Docket Assistant Clerk for processing. Transmission to Orders and Judgments Clerk for processing. (Entered: 03/05/2020) |
| 03/05/2020 | | Mailed a copy of 84 Memorandum & Opinion, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463. (aea) (Entered: 03/05/2020) |
| 03/06/2020 | 85 | CLERK'S JUDGMENT re: 84 Memorandum & Opinion in favor of New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz, Michelle D'Ambrosio, Nancy J. Barry against Marc Fishman. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 5, 2020, both Motions to Dismiss are granted, and all of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/6/2020) (Attachments: # 1 Right to Appeal) (km) Transmission to Docket Assistant Clerk for processing. (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/06/2020 | | Terminate Transcript Deadlines (km) (Entered: 03/06/2020) |
| 03/06/2020 | | Mailed a copy of 85 Clerk's Judgment, Notice of Appeal Forms, to Marc Fishman 3200 Netherland Avenue Apt. G Bronx, NY 10463..(vba) (Entered: 03/06/2020) |
| 04/16/2020 | 86 | NOTICE OF APPEAL from 84 Memorandum & Opinion, 85 Clerk's Judgment. Document filed by Marc Fishman. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Motion for IFP, # 2 Form D–P). (tp) (Entered: 04/20/2020) |
| 04/16/2020 | | Appeal Remark as to 86 Notice of Appeal filed by Marc Fishman. IFP GRANTED 01/19/2018. (tp) (Entered: 04/20/2020) |
| 04/20/2020 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 86 Notice of Appeal. (tp) (Entered: 04/20/2020) |
| 04/20/2020 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 86 Notice of Appeal filed by Marc Fishman were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/20/2020) |