# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fishman v. Office of Court Administration
Docket No.: 20-1300

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: David Lawrence III, Assistant Solicitor General

Firm: Office of the Attorney General

Address: 28 Liberty St., 23rd Floor   New York, NY 10005

Telephone: (212) 416-8023    Fax: (212) 416-8962

E-mail: David.Lawrence@ag.ny.gov

Appearance for: appellee Michelle D'Ambrosio
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of : )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/5/2019   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/David Lawrence III

Type or Print Name: David Lawrence III