# CERTIFICATE OF SERVICE

I hereby certify that I have, on the 4th day of May, 2020, served or caused to be served one copy of the accompanying Notice of Appearance for Substitute Counsel by United States Postal Service first class/priority mail upon the following named person(s):

Marc Fishman
3200 Netherland Avenue
Apt. G
Bronx, NY 10463


   /s/  David Lawrence III