UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: Fishman versus Office of Court Administration NY State Courts | DISTRICT: Southern District of NY | DOCKET NUMBER: 18-CV-00282-KMK |
| | JUDGE: Ken Karas | APPELLANT: Marc Fishman |
| | COURT REPORTER: Sabrina A. D'Emidio | PRO SE APPELLANT: Marc Fishman, Pro Se |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [X] I am not ordering a transcript.

Reason for not ordering a transcript:
- [X] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (i.e., oral argument, order from the bench, etc.)

Judge Ken Karas already provided me with a transcript from Court reporter Sabrina D'Emidio dated 6/11/2018 as accomodation for my disabilities. That was only hearing.

METHOD OF PAYMENT  ☐ Funds  ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

Marc Fishman
3200 Netherland Ave Apt G
Bronx, NY 10463
Pro Se

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

APPELLANT'S SIGNATURE: [signed]   DATE: 4/4/2020

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |
| SIGNATURE OF COURT REPORTER | | DATE |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION: Fishman v Office of Court Administration (underlying ct case 18-cv-0082 KMK (Judge Karas)

Marc Fishman

v.

Marie D'Ambrosio, Office of Court Administration, Dan Weitz and Nancy Barry et al

**CERTIFICATE OF SERVICE***

Docket Number: 20-1300

I, Marc Fishman (print name), hereby certify under penalty of perjury that on March 4, 2020 (date), I served a copy of the Notice of Appeal Request for Form Poverties and transcript Form (list all documents)

by (select all applicable)**

___ Personal Delivery    X United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier   X E-Mail (on consent)

RECEIVED 2020 MAY 11 PM 4:07 CLERK'S OFFICE U.S. COURT OF APPEALS

on the following parties:

| Lee Ala Aldestin Esq. OCA | 25 Beaver Street | NY | NY | 10004 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Lisa Evans Esq. OCA | 25 Beaver St | NY | NY | 10004 |
| Name | Address | City | State | Zip Code |
| Michael Berg Esq. NY AG Office | 28 Liberty St. | NY | NY | 10005 |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

4/24/2020
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)