# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Fishman v. Office of Court Administration, et al.　　Docket No.: 20-1300

Lead Counsel of Record (name/firm) or Pro se Party (name): Lisa M. Evans, Assistant Deputy Counsel for the New York State Office of Court Administration

Appearance for (party/designation): Appellees New York State Unified Court System, Office of Court Administration, Nancy J. Barry, Dan Weitz

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
　　Parties: _____
( ) Incorrect. Please change the following parties' designations:
　　Party　　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Lisa M. Evans, Assistant Deputy Counsel
Firm: New York State Office of Court Administration
Address: 25 Beaver Street, New York, NY 10004
Telephone: (212) 428-2150　　Fax: (213) 428-2155
Email: lievans@nycourts.gov

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/Lisa M. Evans
Type or Print Name: Lisa M. Evans
　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.