UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand and twenty.

_____

| | |
|---|---|
| Marc Fishman, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 20-1300 |

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity,

      Defendants - Appellees,

Judge Gordon Oliver, In her administrative and official capacity, Magistrate Carol Jordan, In her administrative and official capacity, Kathy Davidson, Chief Administrative Judge of the 9th Circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity, Judge Michelle I. Schauer, In her administrative and official capacity, Judge Hal B. Greenwald, In his administrative and official capacity, Judge Alan D. Scheinkman, In his administrative and official capacity as Chief Administrative Judge of the 9th Circuit Courts,

      Defendants.

_____

Appellant's Marc Fishman submission of a Motion, to proceed in forma pauperis does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Motion, to proceed in forma pauperis is stricken from the docket.

                      For The Court:
                      Catherine O'Hagan Wolfe,
                      Clerk of Court