UNITED STATES COURT OF APPEALS  
FOR THE  
SECOND CIRCUIT  

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand and twenty.

_____

Marc Fishman,

    Plaintiff - Appellant,

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity,

    Defendants - Appellees,

Judge Gordon Oliver, In her administrative and official capacity, Magistrate Carol Jordan, In her administrative and official capacity, Kathy Davidson, Chief Administrative Judge of the 9th Circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity, Judge Michelle I. Schauer, In her administrative and official capacity, Judge Hal B. Greenwald, In his administrative and official capacity, Judge Alan D. Scheinkman, In his administrative and official capacity as Chief Administrative Judge of the 9th Circuit Courts,

    Defendants.

_____

**ORDER**  
Docket Number: 20-1300

A notice of appeal was filed on April 20, 2020. The Appellant's Acknowledgment and Notice of Appearance Form due June 2, 2020 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 29, 2020 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:  
Catherine O'Hagan Wolfe,  
Clerk of Court

