# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Fishman vs. Office of Court Admin.  Docket No.: 20-1300

Lead Counsel of Record (name/firm) or Pro se Party (name): Marc Fishman, Pro Se Plaintiff

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [×] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [×] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

RECEIVED 2020 JUL -2 PM 4:44 CLERK'S OFFICE U.S. COURT OF APPEALS

**Contact Information** for Lead Counsel/Pro Se Party is:
- [×] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Marc Fishman Pro Se
Firm: _____
Address: 3200 Netherland Ave Apt G Bronx, NY 10463
Telephone: (914)837-3209     Fax: (347)843-6894
Email: rentdrivere@gmail.com

## RELATED CASES

- [×] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: [signature]
Type or Print Name: Marc Fishman
- [×] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

General Docket
Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 20-1300 <br> **Nature of Suit:** 3440 CIVIL RIGHTS-Other <br> Fishman v. Office of Court Administration <br> **Appeal From:** SDNY (WHITE PLAINS) <br> **Fee Status:** IFP Granted | **Docketed:** 04/20/2020 |

**Case Type Information:**
  1) Civil
  2) Private
  3) -

**Originating Court Information:**
  **District:** 0208-7 : 18-cv-282
  **Trial Judge:** Kenneth M. Karas, U.S. District Judge
  **Date Filed:** 01/10/2018

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/05/2020 | 03/05/2020 | 04/16/2020 | 04/20/2020 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**   Not available

| | |
|---|---|
| Marc Fishman <br>     Plaintiff - Appellant | Marc Fishman, - <br> Direct: 914-837-3209 <br> [NTC Pro Se] <br> 3200 Netherland Avenue <br> Apt. G <br> Bronx, NY 10463 |
| ------------------------------ | |
| Office of Court Administration New York State Courts <br>     Defendant - Appellee | Lee Alan Adlerstein, Esq., - <br> Direct: 212-428-2150 <br> [COR NTC Government] <br> New York State Office of Court Administration <br> 25 Beaver Street <br> New York, NY 10004 |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Fishman

v.

Office of Court Administration

**CERTIFICATE OF SERVICE***

Docket Number: 20-1300

I, **Marc Fishman** (print name), hereby certify under penalty of perjury that on **June 29, 2020** (date), I served a copy of **the Acknowledgements and notice of appearance** (list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail **X** Federal Express or other Overnight Courier

___ Commercial Carrier ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Barbara D. Underwood Atty General | 28 Liberty St | NY | NY | 10005 |
| Lisa Michelle Evans Esq. | NY OCA Suite 1170 25 Beaver St | NY | NY | 10004 |
| Lee Alan Adlerstein Esq. | NY OCA 25 Beaver St | NY | NY | 10004 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

6/29/2020
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)



ORIGIN ID:HPNA (914) 837-3209
MARC FISHMAN

325 E 201ST ST APT 1A

BRONX, NY 10458
UNITED STATES US

SHIP DATE: 29JUN20
ACTWGT: 0.15 LB
CAD: 6998275/SSF02

BILL THIRD PARTY

TO **US FEDERAL COURT**
**2ND DISTRICT**
**40 FOLEY SQUARE**

**NEW YORK NY 10007**

(000) 000-0000     REF:
INV:
PO:                 DEPT:



TRK# 3943 4263 3494
0201

TUE – 30 JUN 10
PRIORITY OVERNI

**E3 PCTA**

10(
NY-US  E\