United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 07, 2020
Docket #: 20-1300cv
Short Title: Fishman v. Office of Court Administration

DC Docket #: 18-cv-282
DC Court: SDNY (WHITE PLAINS)
DC Judge: Karas

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.