# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty.

_____

| | |
|---|---|
| Marc Fishman, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 20-1300 |
| v. | |
| Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity, | |
|     Defendants – Appellees. | |

_____

    Appellant filed a notice of appeal in the above-referenced matter. Form D-P was filed on April 20, 2020, and Second Circuit Local Rule 31.2(a)(1)(A) required Appellant to file a scheduling notification letter within 14 days of that date. Appellant failed to submit a scheduling notification letter. Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's principal brief must be filed on or before August 17, 2020. The appeal will be dismissed effective August 17, 2020 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                            For the Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

