## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fishman v. Office of Court Administration _____ Docket No.: 20-1300 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Caner Demirayak, Esq.

Firm: Law Office of Caner Demirayak, Esq.

Address: 300 Cadman Plaza West, 12th Floor, Brooklyn, NY 11201

Telephone: (718) 344-6048 Fax: (646) 679-2527

E-mail: caner@canerlawoffice.com

Appearance for: appellant Marc Fishman

(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: pro se appellant Marc Fishman )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☐ Additional counsel (co-counsel with: )

(name/firm)

☐ Amicus (in support of: )

(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Caner Demirayak

Type or Print Name: Caner Demirayak