# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty.

Marc Fishman,

   Plaintiff - Appellant,

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity,

   Defendants – Appellees.

**ORDER**

Docket No. 20-1300

  Appellant's newly retained counsel moves for leave to file Form C and Form D, for referral of the appeal to the Court's Civil Appeals Mediation Program ("CAMP"), and for clarification on Appellant's *in forma pauperis* ("IFP") status. The motion is unopposed.

  IT IS HEREBY ORDERED that the request to file Form C and Form D is GRANTED. The forms shall be filed within 14 days of the date of this order. IT IS FURTHER ORDERED that the appeal shall be referred to CAMP in the ordinary course after Form C is filed. Counsel is advised Appellant was granted IFP status by the district court, and that status has not been revoked.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court

