300 Cadman Plaza West, 12th FL
Brooklyn, NY 11201

Admitted in New York, Florida and Federal Court

718-344-6048
caner@canerlawoffice.com



LAW OFFICE OF
**CANER**
**DEMIRAYAK** ESQ.

Clerk of Court                                                         July 22, 2020
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***Fishman v. Office of Court Administration, et al.*, 20-1300**
          **Appellant's Proposed Briefing Schedule**

Dear Clerk of Court:

I am the attorney of record for appellant Marc Fishman. This appeal was commenced by

Mr. Fishman *pro se* and I did not enter an appearance on his behalf until July 16, 2020. On July

17, 2020, the undersigned moved for an extension of time to file the opening brief and to file forms

C and D. On July 22, 2020 the Court granted the motion but neither addressed nor denied the

request for an extension of time to file the opening brief. The appellees did not oppose such motion.

Now that the undersigned has filed Form D, the appellant respectfully proposes that his

opening brief be due by **October 21, 2020**. However, the appellant's counsel expects to be able to

file the brief sooner. This date is within 91 days of the filing of Form D and is timely requested as

per Local Rule 31.2(a)(1)(A). However, Mr. Fishman previously filed form D-P as a *pro se* prior

to the undersigned's appearance in this matter and did not propose a briefing schedule.

This extended briefing schedule is necessary to avoid substantial prejudice to appellant and

his counsel as counsel will be unable to submit a brief on or before August 17, 2020 due to

counsel's various ongoing proceedings in state and federal court, running of a solo personal injury,

civil rights and criminal defense firm, and the need to familiarize himself with the issues involved in this matter.

Moreover, as this case may be referred to mediation, the proposed briefing schedule will allow sufficient time to conduct mediation in this case.

Thank you for your attention and courtesy in this matter.

Respectfully submitted,

Caner Demirayak, Esq.