# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty.

Before:     Ralph K. Winter,
                  *Circuit Judge.*

_____

Marc Fishman,

    Plaintiff - Appellant,

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity,

    Defendants – Appellees.
_____

**ORDER**

Docket No. 20-1300

    Counsel for Appellant moves for a 60-day extension to October 16, 2020 to file the principal brief and appendix.

    IT IS HEREBY ORDERED that the motion for extension is GRANTED. However, future extension requests based on CAMP proceedings will not be favorably entertained. The appeal is dismissed effective October 16, 2020 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

