

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

October 19, 2020

Catherine O'Hagan Wolfe,
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Fishman v. Office of Court Administration,* No. 20-1300

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(B), we respectfully request that the brief for appellee Michelle D'Ambrosio be due ninety-one days after the October 16, 2020, filing of the appellant's brief, *i.e.*, on January 15, 2021.

Respectfully,

/s/ David Lawrence III

David Lawrence III
Assistant Solicitor General

cc via ECF: Caner Demirayak, Esq.
Lisa Michelle Evans, Assistant Deputy Counsel