**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION

LAWRENCE K. MARKS
CHIEF ADMINISTRATIVE JUDGE

EILEEN D. MILLETT
COUNSEL

October 21, 2020

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, New York 10007

Re: <u>Fishman v. Office of Court Administration</u>, No. 20-1300

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2 (a) (1) (B), we respectfully request that the brief for appellees New York State Court System, Office of Court Administration, Nancy J. Barry and Dan Weitz be due ninety-one days after the October 16, 2020, filing of the appellant's brief, i.e. on January 15, 2021.

Respectfully,

Lisa M. Evans
Assistant Deputy Counsel

cc: via ECF: Caner Demirayak, Esq.
               David Lawrence, III, Assistant Solicitor General