# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-one.

Marc Fishman,

    Plaintiff - Appellant,

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity,

    Defendants – Appellees.

**ORDER**

Docket No. 20-1300

IT IS HEREBY ORDERED that the Appellant's motion to refer the appeal to the Court's Civil Appeals Mediation Program ("CAMP") (docket entry 36) is DENIED as moot in light of the CAMP conference scheduled for March 25, 2021.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

