

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

May 6, 2021

Catherine O'Hagan Wolfe,
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, NY 10007

    Re:   *Fishman v. Office of Court Administration,* No. 20-1300

Dear Ms. Wolfe:

    Please note that I will be unavailable for oral argument on September 30 and October 1, 2021. Thank you.

        Respectfully,

        /s/ David Lawrence III

        David Lawrence III
        Assistant Solicitor General

cc via ECF:  Caner Demirayak, Esq.
               Lisa Michelle Evans, Assistant Deputy Counsel