# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

_____

Fishman

v.

Office of Court Administration New York
State Courts

**ORDER**
20-1300

_____

    This Court's Civil Appeals Mediation Program ("CAMP") has scheduled a mediation in this appeal pursuant to Local Rule 33.1:

        Date: Wednesday, May 19, 2021 at 2:00 PM (EST).

        Venue: Telephone mediation.

        Required Attendees: Counsel.

        Duration: Up to 3 hours must be allocated.

        Instructions: CAMP will email individual dial-in information, including a PIN, to each counsel prior to the mediation. A PIN is unique to each caller and cannot be shared.

    Kathleen M. Scanlon, Chief Circuit Mediator, will hold the mediation.

    Counsel are directed to be prepared to discuss the legal merits of each issue on appeal, settlement possibilities, and the narrowing or clarification of issues.

    Information shared during a CAMP proceeding is confidential. Attorneys and other participants are prohibited from disclosing what is said in a CAMP proceeding to anyone other than clients, principals or co-counsel. See Local Rule 33.1(e).

    Counsel must proceed with the so-ordered briefing schedule. See Local Rule 31.2. Mediation does not constitute an "extraordinary circumstance" for the purpose of seeking a briefing extension. See Local Rule 27.1(f).

    Any questions regarding this order should be sent via email to camp_support@ca2.uscourts.gov or by calling (212) 857-8760.

                                                        For The Court:
                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

