**NEW YORK STATE**
# Unified Court System
OFFICE OF COURT ADMINISTRATION

LAWRENCE K. MARKS  
CHIEF ADMINISTRATIVE JUDGE

EILEEN D. MILLETT  
COUNSEL

May 19, 2021

Catherine O'Hagan Wolfe  
Clerk of the Court  
U.S. Court of Appeals for  
the Second Circuit  
40 Foley Square  
New York, New York 10007

Re: <u>Fishman v. Office of Court Administration</u>, No. 20-1300

Dear Ms. Wolfe:

Please note that I will be unavailable for oral argument from August 6, 2021 through August 23, 2021 and from October 20, 2021 through October 28, 2021, in both instances, I will be out of State. Thank you.

Respectfully,

Lisa M. Evans  
Assistant Deputy Counsel

cc: via ECF: Caner Demirayak, Esq.  
David Lawrence, III, Assistant Solicitor General