300 Cadman Plaza West, 12th FL
Brooklyn, NY 11201



718-344-6048
caner@canerlawoffice.com

Admitted in New York, Florida and Federal Court

Clerk of Court  June 1, 2021
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***Fishman v. Office of Court Administration, et al.*: 20-1300-cv**
              Oral Argument

Dear Clerk of Court:

    I am the attorney of record for appellant Marc Fishman. The parties unsuccessful attempted mediation of this matter during four (4) separate phone conferences. The plaintiff-appellant respectfully requests that oral argument be scheduled for this matter as soon as reasonably practicable. I am not available June 9 to 10, and 21 to 24, July 5, 14, 20, and 27, August 2, 10, and 16, and September 14, 2021.

                                           Respectfully submitted,

                                           *Caner Demirayak*
                                           /s/ Caner Demirayak, Esq.