# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-one.

| | |
|---|---|
| Marc Fishman, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 20-1300 |
| v. | |
| Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity, | |
| Defendants – Appellees. | |

Counsel for Appellant moves the Court to provide accommodations for Appellant during oral argument.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

