

**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION

**LAWRENCE K. MARKS**
CHIEF ADMINISTRATIVE JUDGE

**EILEEN D. MILLETT**
COUNSEL

June 14, 2021

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, New York 10007

Re: <u>Fishman v. Office of Court Administration,</u> No. 20-1300

Dear Ms. Wolfe:

This office represents the New York State Court System, Office of Court Administration, Nancy J. Barry and Dan Weitz ("the Appellees") in the above-referenced appeal. This letter is submitted in response to Mr. Fishman's Motion For Reasonable Accommodations filed on June 2, 2021.

By this motion, Mr. Fishman, who is represented by counsel, is seeking CART-Realtime reporting as a reasonable accommodation on this appeal. The Appellees take no position on Mr. Fishman's request for an accommodation. However, the Appellees object to Mr. Fishman's not so subtle attempt to argue the underlying merits of this appeal in seeking this accommodation. In support of his request for an accommodation on this appeal, Mr. Fishman has improperly inserted arguments on the merits of the underlying appeal and alleged purported "collateral consequences" because he was denied the requested auxiliary aids. It is respectfully requested that this Court reject Mr. Fishman's attempt for a ruling on the merits in the underlying appeal when considering this request.

Finally, Mr. Fishman's counsel states that he was unable to get in contact with the Appellees prior to filing his motion. This office has no record of any attempts by Mr. Fishman's counsel to get in touch with Appellees.

Respectfully submitted,

Lisa M. Evans

cc: Caner Demirayak, Esq.
      David Lawrence III, Assistant Solicitor General