

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

June 14, 2021

Catherine O'Hagan Wolfe,
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, NY 10007

    Re:   *Fishman v. Office of Court Administration,* No. 20-1300

Dear Ms. Wolfe:

This Office represents appellee Michele D'Ambrosio. We take no position on the motion of plaintiff-appellant Marc Fishman for certain accommodations for his alleged disabilities at the oral argument of this matter.

Further, although Mr. Fishman's counsel asserts that he was unable to contact appellees' counsel prior to filing his motion, I received no email, phone message or other attempted communication from him regarding the anticipated motion.

                              Respectfully,

                              /s/ David Lawrence III

                              David Lawrence III
                              Assistant Solicitor General

cc via ECF:  Caner Demirayak, Esq.
                Lisa Michelle Evans, Assistant Deputy Counsel