United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: July 09, 2021
Docket #: 20-1300cv
Short Title: Fishman v. Office of Court Administration

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 18-cv-282
DC Court: SDNY (WHITE PLAINS)
DC Judge: Karas

## NOTICE OF HEARING DATE

**Argument Date/Time:** Friday, September 10, 2021 at 10:00am.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**
| | |
|---|---|
| Marc Fishman | 12 minutes |
| Office of Court Administration et al | 6 minutes |
| Michelle D'Ambrosio | 6 minutes |

Counsel and non-incarcerated pro se litigants presenting oral argument **must register in person in the courtroom** with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.
-------------------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Caner Demirayak, Esq.
Firm Name (if applicable): Law Office of Caner Demirayak, Esq., P.C.
Current Telephone Number: 718-344-6048

The above named attorney represents:
( X) Appellant/Petitioner     ( ) Appellee-Respondent ( )    Intervenor

Date: ____7/11/21_____     Signature: ___/s/_____*Caner Demirayak*_____