# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty one,

Marc Fishman,

    Plaintiff - Appellant,

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weisz, Professional Director, in his administrative and official capacity,

    Defendants - Appellees,

Judge Gordon Oliver, In her administrative and official capacity, Magistrate Carol Jordan, In her administrative and official capacity, Kathy Davidson, Chief Administrative Judge of the 9th Circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity, Judge Michelle I. Schauer, In her administrative and official capacity, Judge Hal B. Greenwald, In his administrative and official capacity, Judge Alan D. Scheinkman, In his administrative and official capacity as Chief Administrative Judge of the 9th Circuit Courts,

    Defendants.

**ORDER**
Docket No. 20-1300

IT IS HEREBY ORDERED that Appellant's motion for reasonable accommodation for plaintiff's communications disability is GRANTED. The technology arrangements will be set up by counsel and the Clerk's Office.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court