# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-one.

_____

Marc Fishman,

    Plaintiff - Appellant,

v.

Office of Court Administration New York State Courts, Michelle D'Ambrosio, In her administrative and official capacity, New York State Unified Court System, Nancy J. Barry, District Executive of 9th District NY Courts, in her administrative and official capacity, Dan Weitz, Professional Director, in his administrative and official capacity,

    Defendants - Appellees,


Judge Gordon Oliver, In her administrative and official capacity, Magistrate Carol Jordan, In her administrative and official capacity, Kathy Davidson, Chief Administrative Judge of the 9th Circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity, Judge Michelle I. Schauer, In her administrative and official capacity, Judge Hal B. Greenwald, In his administrative and official capacity, Judge Alan D. Scheinkman, In his administrative and official capacity as Chief Administrative Judge of the 9th Circuit Courts,

    Defendants.

_____

**ORDER**

Docket No: 20-1300

Appellant, Marc Fishman, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk