# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 2, 2022

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Marc Fishman
           v. Office of Court Administration New York State Courts, et al.
           No. 21-7044
           (Your No. 20-1300)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 31, 2022 and placed on the docket February 2, 2022 as No. 21-7044.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst