Supreme Court of the United States
Office of the Clerk
Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 4, 2022

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  Marc Fishman
           v. Office of Court Administration New York State Courts, et al.
           No. 21-7044
           (Your No. 20-1300)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk